**Margaret JOHNSON, as administratrix of the goods, chattels and credits of Charles Johnson, deceased, Plaintiff-Appellant,**

v.

**The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Defendant-Appellee.**

No. 88, Docket 23209.

United States Court of Appeals, Second Circuit.

Argued Jan. 10, 1955.

Decided Feb. 7, 1955.

Writ of Certiorari Denied June 6, 1955.

See 75 S.Ct. 883.

David M. Fink and Jacquin Frank, New York City, for plaintiff-appellant.

Edward R. Brumley, New York City (R. M. Peet, New York City, of counsel), for defendant-appellee.

Before CLARK, Chief Judge, and FRANK and HINCKS, Circuit Judges.

PER CURIAM.

The case in its present posture is free from the procedural defects for which the prior judgment was reversed in Johnson v. New York, N. H. & H. R. Co., 344 U.S. 48, 73 S.Ct. 125, 97 L.Ed. 77.

Affirmed on the opinion of Judge Galston, Johnson v. Palmer, 129 F.Supp. 202.

**William Ross PHILLIPS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 14393.

United States Court of Appeals, Ninth Circuit.

March 11, 1955.

Morris Lavine, Los Angeles, Cal., for appellant.

Laughlin E. Waters, U. S. Atty., Manuel L. Real, Louis L. Abbott, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

DENMAN, Chief Judge.

Phillips asks for a reduction of bail pending rehearing on his appeal.

This court has affirmed movant's conviction, denied a rehearing, and the mandate of this court has issued. 218 F.2d 385. The motion is ordered dismissed.